**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 25-00014-KD |
| LaERIC MARQUES WILLIAMS-BEVERLY | : |

**REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

The Defendant, LaEric Marques Williams-Beverly, by consent, has appeared before the undersigned pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and has entered a plea of guilty to **Count One** of the Indictment charging a violation of 18 U.S.C. § 1349 – Conspiracy to Commit Bank Fraud-and to **Count Four** of the Indictment charging a violation of 18 U.S.C. § 1028A(a)(1)-Aggravated Identity Theft**.**

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea to each of Count One and Count Four was knowledgeable and voluntary, and each offense charged is supported by an independent basis in fact as to each of the essential elements of such offense. The Court therefore recommends that the plea of guilty be accepted and that Defendant LaEric Marques Williams-Beverly be adjudged guilty and have sentence imposed accordingly.

DONE and ORDERED this 27th day of May, 2025.

                                             s/P. BRADLEY MURRAY
                                  UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.