IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA : 

vs. : CRIMINAL NO.: 25-00014-KD

LaERIC MARQUES WILLIAMS-BEVERLY :

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 73) and without any objection having been filed by the parties, the Defendant's plea of guilty to Count One in violation of 18 U.S.C. § 1349 – conspiracy to commit bank fraud – and Count Four in violation of 18 U.S.C. § 1028A(a)(1) – aggravated identity theft – of the Indictment is now accepted. The Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **September 26, 2025 at 10:00 a.m.** in Courtroom 4B of the United States Courthouse, 155 St. Joseph St., Mobile, Alabama 36602.

**DONE and ORDERED** this **13th day** of **June 2025**.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**